

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| HARRY E. HUGHES | CIVIL ACTION |
| VERSUS | NUMBER: 04-2566 |
| JO ANNE B. BARNHART,<br>COMMISSIONER OF SOCIAL SECURITY<br>ADMINISTRATION | SECTION: "J"(5) |

### O R D E R

The Court, having considered the motions, the record, the applicable law, the Magistrate Judge's Report and Recommendation, and the failure of plaintiff to file any objections to the Magistrate Judge's Report and Recommendation, hereby approves the Magistrate Judge's Report and Recommendation and adopts it as its opinion herein.

Accordingly,

**IT IS ORDERED** that plaintiff's motion for summary judgment is **DENIED** and that defendant's motion for summary judgment is **GRANTED**.

___ Fee_____
___ Process_____
_X_ Dktd_____
___ CtRmDep_____
___ Doc. No_____


New Orleans, Louisiana, this 18th day of April, 2006.

_____
UNITED STATES DISTRICT JUDGE